Eric H. Gibbs (SBN 178658)
Andre Mura (SBN 298541)
Amanda M. Karl (SBN 301088)
Jeffrey Kosbie (SBN 305424)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
jbk@classlawgroup.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEY SIMINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 5:20-cv-2893<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL PURSUANT TO CALIFORNIA CIVIL CODE SECTION 1780(d)** |

I, Andre Mura, declare as follows:

1. I am a partner with Gibbs Law Group LLP, counsel for Plaintiff in this action. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration on behalf of Plaintiff and in support of Plaintiff's Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act, California Civil Code § 1750, *et seq*.

3. Plaintiff's Class Action Complaint has been filed in the proper place for trial of this action, which is the U.S. District Court for the Northern District of California. Defendant Zoom Video Communications, Inc. resides and does business in this District. Moreover, because Defendant has its headquarters in this District, a substantial number of the events or omissions giving rise to Plaintiff's claims occurred in this district.

*/s/ Andre Mura*
Andre Mura